U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL SUPPLEMENT

# MISSOURI WESTERN DISTRICT – **JEFFERSON CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| Case Caption: McDaniel v. Lombardi | Case No. **2:16-4243-CV-C-NKL** |
|---|---|
| Appellant: George Lombardi | Appellee: Christopher S. McDaniel |

| Appellant's Attorney(s): | Appellee's Attorney(s): |
|---|---|
| Gregory Goodwin<br>Asst Attorney General<br>PO Box 899<br>Jefferson City, MO  65102<br>(573) 751-7017 | **Gillian R. Wilcox**<br>American Civil Liberties Union of<br>Missouri Foundation-KCMO<br>406 W. 34th Street<br>Suite 420<br>Kansas City, MO 64111<br>816-470-9938 |
| Court Reporter(s): | Please return files and documents to: |
| Katie Wirt<br>400 E. 9th Street<br>Kansas City, MO  64106<br>(816) 512-5608 | **United States District Court<br>Clerk's Office<br>80 Lafayette Street<br>Jefferson City, MO  65101**<br><br>Contact Person for Appeal:<br>Carrie James<br>(573) 636-4015 |

| Length of Trial: NA | Fee: PAID | IFP: | Pending IFP Motion? No |
|---|---|---|---|
| Counsel: | Pending Motions? No | Local Interest? No | Simultaneous Release? No |

**Criminal Cases / Prisoner Pro Se Cases Only:**

| **Defendant Incarcerated?**<br>Yes | **Where?**<br>Unknown | **Multiple Defendants? If so, please list**<br>No |
|---|---|---|

**Special Comments:** INTERLOCUTORY APPEAL